

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00266-CR

**EX PARTE** James **KEARNS**

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2022W0277
Honorable Velia J. Meza, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order denying appellant James Kearns's pretrial application for writ of habeas corpus is AFFIRMED, and the stay imposed in our order dated May 11, 2022 is LIFTED.

SIGNED July 19, 2023.

Luz Elena D. Chapa, Justice